

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        In the Interest of R.W., a Child

Appellate case number:    01-21-00343-CV

Trial court case number:    2020-00702J

Trial court:                314th District Court of Harris County

Appellant, mother, has filed a notice of appeal of the trial court's June 7, 2021 Final Decree for Termination. Mother's brief was due on August 2, 2021. *See* TEX. R. APP. P. 38.6(a). On July 30, 2021, mother, through counsel, filed a motion for extension of time to file her appellant's brief. The motion requests that we extend the deadline for filing mother's brief to August 27, 2021.

Mother's motion is **granted**. *See* TEX. R. APP. P. 10.3(a)(1) ("A court should not hear or determine a motion until 10 days after the motion was filed, unless the motion is to extend time to file a brief . . .."). Mother's brief is due no later than August 27, 2021.

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of June 28, 2021, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. **Accordingly, no further extensions of time will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                       ☑ Acting individually    ☐ Acting for the Court

Date: __August 4, 2021_____